**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>    v.<br>ROBIN L. GOOD<br>            Defendant(s) | Civil Action No:   02-CV-4857 |

**REQUEST FOR ENTRY OF DEFAULT**

TO:   Michael E. Kunz, Clerk
      United States District Court
      Eastern District of Pennsylvania

     Please enter default against the Defendant(s) in the above-captioned case. The Defendant(s) were served on January 02, 2003 (Exhibit "A"). The Defendant(s) have/has failed to answer the Complaint, or otherwise plead or defend, as required within twenty (20) days from receipt of service, required by the Federal Rules of Civil Procedure.

                                     Respectfully submitted,

                                       GOLDBECK McCAFFERTY & McKEEVER
                                       By:  Michael T. McKeever, Esquire
                                       Pennsylvania Attorney I.D. No. 56129
                                       Suite 500 – The Bourse Building
                                       111 S. Independence Mall East
                                       Philadelphia, PA  19106
                                       (215) 627 – 1322

                                       s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>       v.<br>ROBIN L. GOOD<br>            Defendant(s) | Civil Action No:   02-CV-4857 |

**CERTIFICATE OF SERVICE**

I do hereby certify that service of the foregoing Request for Entry of Default, and Certificate of Service was made upon:

    ROBIN L. GOOD
    279 Duke Street
    Ephrata, PA 17522

by mailing a true and correct copy thereof, postage prepaid, on this 24 day of January, 2003.

    Respectfully submitted,

    GOLDBECK McCAFFERTY & McKEEVER
    By:  Michael T. McKeever, Esquire
    Pennsylvania Attorney I.D. No. 56129
    Suite 500 – The Bourse Building
    111 S. Independence Mall East
    Philadelphia, PA  19106
    (215) 627 – 1322

    s/ Michael T. McKeever