68667

NE 1/3

# SHERIFF'S OFFICE

50 NORTH DUKE STREET, P.O. BOX 83480, LANCASTER, PENNSYLVANIA 17608-3480 • (717) 299-8200

**SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN**

**PLEASE TYPE OR PRINT LEGIBLY. DO NOT DETACH ANY COPIES.**

1. PLAINTIFF/S: UNITED STATES OF AMERICA
2. COURT NUMBER: 02 CV 4857
3. DEFENDANT/S: ROBIN L. GOOD
4. TYPE OF WRIT OR COMPLAINT: SUMMONS & FEDERAL Comp. POST
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO BE SERVED: ROBIN L. GOOD
6. ADDRESS: 279 DUKE STREET, EPHRATA, PA 17522-2032
7. INDICATE UNUSUAL SERVICE: ☐ DEPUTIZE ☐ OTHER

Now, _____ 20 ___, I, SHERIFF OF LANCASTER COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____ SHERIFF OF LANCASTER COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Please Post The Premises in Accordance W/ The Court Order on the Summons & Federal Comp.

THANKS.

AS PER COURT ORDER DATED 11/25/02

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. SIGNATURE of ATTORNEY or other ORIGINATOR: Michael T. McKeever /mw
10. TELEPHONE NUMBER: 215-627-1322
11. DATE: 11-26-02

12. SEND NOTICE OF SERVICE COPY TO NAME AND ADDRESS BELOW: (This area must be completed if notice is to be mailed)

Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

**SPACE BELOW FOR USE OF SHERIFF ONLY — DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above.
NAME of Authorized LCSO Deputy or Clerk: ANNETTE WALTON (717) 295-3609
14. Date Received: 12/2/02
15. Expiration/Hearing date: 1/31/02

16. I hereby CERTIFY and RETURN that I ☐ have personally served, ☐ have legal evidence of service as shown in "Remarks", ☒ have executed as shown in "Remarks", the writ or complaint described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., at the address inserted below by handing a TRUE and ATTESTED COPY thereof.

17. ☐ I hereby certify and return a NOT FOUND because I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

18. Name and title of individual served (if not shown above) (Relationship to Defendant)

19. ☐ No Service See Remarks Below (No. 30)

20. Address of where served (complete only if different than shown above) (Street or RFD, Apartment No., City, Boro, Twp. State and Zip Code)

21. Date of Service: 1-2-03
22. Time: 7:50 PM

23. ATTEMPTS:

| Date | Miles | Dep. Int. | Date | Miles | Dep. Int. | Date | Miles | Dep. Int. | Date | Miles | Dep. Int. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2 | 26 | VM | | | | | | | | | |

24. Advance Costs: R 124693
25. Service Costs: 150.00
26. Notary Cert.: 42.50
27. Mileage/Postage/N.F.: 9.48
28. Total Costs: 51.98
29. COST DUE OR REFUND: 98.02

30. REMARKS:

S.T.A.: I POSTED FRONT GLASS DOOR OF HOUSE

CK 37955
1/6/03

31. AFFIRMED and subscribed to before me this 3rd day of _____
32. Signature of Dep. Sheriff: Victor F. McLaw
33. Date: 1-7-03

SO ANSWERS