**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>      v.<br>ROBIN L. GOOD<br>            Defendant(s) | Civil Action No:   02-CV-4857 |

**ORDER**

AND NOW, this      day of              , 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

   1.  That the public sale held on August 13, 2003 is hereby confirmed.

   2.  That the Marshal is ordered and directed to execute and deliver to David K. Rutt and W. Dale Railing, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of ROBIN L. GOOD in and to the premises sold located at 279 Duke Street, Ephrata, PA 17522.

   3.  That jurisdiction is retained for such further orders or decrees as may be necessary.


_____
J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>     v.<br>ROBIN L. GOOD<br>            Defendant(s) | Civil Action No:  02-CV-4857 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

1.   In accordance with Order entered February 13, 2003 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on August 13, 2003 and sold to David K. Rutt and W. Dale Railing for a bid of $40,600.00.

2.   The Marshal's Return of Sale is attached as Exhibit B.

3.   Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

4.   The Order of February 13, 2003 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

5.   Notice has been given to all parties in interest of the presentation of this motion.

WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

                                    GOLDBECK MCCAFFERTY & MCKEEVER
                                    By:  Michael T. McKeever, Esquire
                                    Pennsylvania Attorney I.D. No. 56129
                                    Suite 500 – The Bourse Building
                                    111 S. Independence Mall East
                                    Philadelphia, PA 19106

215-627-1322

s/ Michael T. McKeever

215-627-1322

s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>    v.<br>ROBIN L. GOOD<br>            Defendant(s) | Civil Action No:  02-CV-4857 |

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

ROBIN L. GOOD
141 Westglen Drive
Fort Pierce, FL 34981

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support
Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF LANCASTER
COUNTY
40 East King Street
PO Box 83479
Lancaster, PA 17608

OCCUPANTS/TENANTS
279 Duke Street
Ephrata, PA 17522

DAVID K. RUTT AND W. DALE RAILING
210 Millwood Road
Lancaster, PA 17602

GOLDBECK MCCAFFERTY & MCKEEVER
By:  Michael T. McKeever, Esquire
Pennsylvania Attorney I.D. No. 56129
Suite 500 - The Bourse Building
111 S. Independence Mall East
Philadelphia, PA 19106
215-627-1322

s/ Michael T. McKeever