<u>ADVERTISING ORDER</u>

VOUCHER #
PAID BY :

U. S. Marshals Service - Department of Justice
Room 2110         601 Market St., Phila, PA 19106

The publisher of Lancaster Newspapers, Inc. is authorized to publish the enclosed advertisement according to the schedule below, provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF PUBLICATION: Lancaster Newspapers, Inc.
SUBJECT OF ADVERTISEMENT: Sale of Real Property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: July 16, 23, 30 & August 6, 200
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Robin L. Good
<u>AUTHORITY TO ADVERTISE</u>
DATE: July 8, 2003
CASE NUMBER: 02-4857
SIGNATURE OF AUTHORIZING OFFICIAL: _____
-----------<u>PUBLIC VOUCHER FOR ADVERTISING</u>--[ATTACH COPY OF AD HERE]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: 4
NUMBER OF LINES IN AD: 239 lines per day
COST PER LINE: $2.41 per line + $7.50 Notary fee

TOTAL COST: $2,311.46

AFFIDAVIT - This represents a true billing for the attached advertising order, with specifications and copy, which has been completed.
SIGNATURE OF PUBLISHER: [signature]
TITLE: Billing Clerk

(NOTARIAL SEAL)
CAROLE A. GOOD, NOTARY PUBLIC
LANCASTER, LANCASTER CO., PA
MY COMMISSION EXPIRES FEB 25, 2006

NAME OF PUBLICATION: Lancaster Newspapers, Inc.
ADDRESS: 8 W. King Street, Lancaster, PA 17608
-----------------------------------------------------------
FOR U.S.MARSHAL SERVICE USE ONLY

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____    CHECK # _____

Newspaper clipping (right margin):

NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY
Public notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated February 13, 2003, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02CV4857 on a judgment in the amount of $79,096.02 plus interest from January 31, 2002 rendered in the Court, in favor of the United States of America and against ROBIN L.GOOD, the following described real estate, located at 279 Duke Street, Ephrata, PA 17522, shall be offered for sale on August 13, 2003 at 3:00 PM at the property address of: 279 Duke Street, Ephrata, PA 17522, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania.
ALL THAT CERTAIN lot of ground together with the two story brick dwelling house and the one story semi-detached brick garage thereon, and situate on the Southeastern side of and known as No. 279 DUKE STREET, between Chestnut Street and Walnut Street, in the First Ward of the Borough of Ephrata, County of Lancaster and Commonwealth of Pennsylvania, bounded on the Northeast by premises known as No. 281 Duke Street, property now or late of Alexander L. Gerhart and wife, on the Southeast by a 12 feet wide open alley and on the Southwest by premises No. 277 Duke Street, property now or late of Alexander L. Gerhart and wife, and more fully bounded and described as follows, to wit:
BEGINNING at a corner marked by an iron pin in the centerline of Duke Street as laid out on the topographical survey of the Borough of Ephrata, 102 feet and 8 inches Southwestwardly from the centerline of Walnut Street; thence along in accordance with the proposed Schedule of Distribution unless written exceptions are filed with the Marshal not later than ten (10) days after the filing of the proposed schedule.
For information concerning the amount that Plaintiff intends to bid or for other information you may contact:
Michelle Hartzell
Phone #: (610)775-5474
Email: Michelle.Hartzel l@pa.usda.gov
or
Michael McKeever, Esq.
Phone #: (215)627-1322
Email: MMcKeever@gold-becklaw.com
For a complete list of all properties offered for sale by the Department of Agriculture go to: http://www.resales.usda.gov/