

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. __02 CV 4857__

I, __Kenneth Fechter__, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at __279 Duke St. EPHRATA, PA 17522__. The public sale was held on __13 AUG 03__ and the highest bidder was __DAVID RUTT__, who bid the amount of $ __$40,600.00__.

_____, Deputy
Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania