# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

**ATTORNEY COPY**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>ROBIN L. GOOD<br><br>FILED JUL 08 2003<br><br>Defendant | CIVIL NO. 02CV4857 |

## CERTIFICATE OF SERVICE
## PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( )   Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )   Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )   Certified mail by Sheriff's Office.
( )   Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )   Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )   Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

(X)   Premises was posted by Sheriff's Office/~~competent adult~~ (copy of return attached).
( )   Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(X)   Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

| TO: | GOOD, ROBIN L. (property) | | TO: | GOOD, ROBIN L. |
|---|---|---|---|---|
| | **ROBIN L. GOOD**<br>279 DUKE STREET<br>EPHRATA, PA 17522 | | | **ROBIN L. GOOD**<br>141 Westglen Drive<br>Fort Pierce, FL 34981 |

| SENDER: | GOLDBECK MCCAFFERTY & MCKEEVER<br>April 26, 2003 |
|---|---|
| REFERENCE: | GOOD, ROBIN L. / USA-0174<br>– Lancaster |

| SENDER: | GOLDBECK MCCAFFERTY & MCKEEVER<br>April 26, 2003 |
|---|---|
| REFERENCE: | GOOD, ROBIN L. / USA-0174<br>– Lancaster |

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE 

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE 

**GOLDBECK McCAFFERY & McKEEVER**
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Name and Address of Sender

| Line | Article Number | Addressee Name, Street and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender if COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | OCCUPANTS/TENANTS<br>279 Duke Street<br>Ephrata, PA 17522 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | GOOD, ROBIN L. (property)<br>**ROBIN L. GOOD**<br>279 DUKE STREET<br>EPHRATA, PA 17522 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | GOOD, ROBIN L.<br>**ROBIN L. GOOD**<br>141 Westglen Drive<br>Fort Pierce, FL 34981 | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

PS Form 3877, April 1999

Good
USA

50 NORTH DUKE STREET, P.O. BOX 83480, LANCASTER, PENNSYLVANIA 17608-3480 • (717) 299-8200

# SHERIFF SERVICE
## PROCESS RECEIPT, and AFFIDAVIT OF RETURN

**PLEASE TYPE OR PRINT LEGIBLY. DO NOT DETACH ANY COPIES.**

1. PLAINTIFF/S/: THE UNITED STATES OF AMERICA
2. COURT NUMBER: 02 CV 4857
3. DEFENDANT/S/: ROBIN GOOD
4. TYPE OF WRIT OR COMPLAINT: NOTICE of US MARSHAL SALE

**SERVE AT:**
5. NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO BE SERVED: ROBIN GOOD
6. ADDRESS: 279 DUKE STREET, EPHRATA, PA 17522

7. INDICATE UNUSUAL SERVICE: ☐ DEPUTIZE ☐ OTHER

Now, _____, 20 ___, I, SHERIFF OF LANCASTER COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff. _____
SHERIFF OF LANCASTER COUNTY

8. SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
[redacted]

**NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN** — Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whomever is found in possession, after notifying person of levy or attachment, without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

9. SIGNATURE of ATTORNEY or other ORIGINATOR: [signature] GOLDBECK McCAFFERTY & McKEEVER
10. TELEPHONE NUMBER: 215-627-1322
11. DATE: 4/28/03

12. SEND NOTICE OF SERVICE COPY TO NAME AND ADDRESS BELOW:
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

**SPACE BELOW FOR USE OF SHERIFF ONLY — DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above.
NAME of Authorized LCSO Deputy or Clerk: ANNETTE WALTON (717) 295-3609
14. Date Received: 5/1/03
15. Expiration/Hearing date: 7/3/03

16. I hereby CERTIFY and RETURN that I ☐ have personally served, ☐ have legal evidence of service as shown in "Remarks", ☒ have executed as shown in "Remarks", the writ or complaint described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., at the address inserted below by handing a TRUE and ATTESTED COPY thereof.

17. ☐ I hereby certify and return a NOT FOUND because I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

18. Name and title of individual served (if not shown above) (Relationship to Defendant):

19. ☐ No Service See Remarks Below (No. 30)

20. Address of where served (complete only if different than shown above):

21. Date of Service: 6-26-03
22. Time: 1:05 PM

23. ATTEMPTS:
| Date | Miles | Dep. Int. | Date | Miles | Dep. Int. | Date | Miles | Dep. Int. | Date | Miles | Dep. Int. | Date | Miles | Dep. Int. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-26 | 26 | JSF | | | | | | | | | | | | |

24. Advance Costs: R 127146  150.00
25. Service Costs: 36.50
26. Notary Cert.:
27. Mileage/Postage/N.F.: 9.3e
28. Total Costs: 104.14
29. COST DUE OR REFUND: 4586

30. REMARKS: POSTED WRIT ON FRONT DOOR OF SAID PROPERTY

41021

S.T.A.:

31. AFFIRMED and subscribed to before me this
34. day of _____ 20 ___
37. _____ Prothonotary/Deputy/Notary Public
MY COMMISSION EXPIRES

SO ANSWER: JAMES S. FRITZ
32. Signature of Dep. Sheriff: [signature] James S. Fritz
33. Date: 6-26-03
35. Signature of Sheriff: [signature] Terry A. Bergman
36. Date: 62603

1. WHITE - Issuing Authority  2. PINK - Attorney  3. CANARY - Sheriff's Office  4. BLUE - Sheriff's Office

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                            Plaintiff<br><br>vs.<br><br>ROBIN L. GOOD<br><br>                            Defendant | CIVIL NO. 02CV4857 |

## AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      279 Duke Street
      Ephrata, PA 17522

1. Name and address of Owner or Reputed Owner:

      ROBIN L. GOOD
      141 Westglen Drive
      Fort Pierce, FL 34981

2. Name and address of Defendant in the judgment:

      ROBIN L. GOOD
      141 Westglen Drive
      Fort Pierce, FL 34981

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      PA DEPARTMENT OF PUBLIC WELFARE
      Bureau of Child Support Enforcement
      Health and Welfare Bldg. - Room 432
      P.O. Box 2675
      Harrisburg, PA 17105-2675

      DOMESTIC RELATIONS OF LANCASTER COUNTY
      40 East King Street
      PO Box 83479
      Lancaster, PA 17608

4. Name and address of the last recorded holder of every mortgage of record.

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        OCCUPANTS/TENANTS
        279 Duke Street
        Ephrata, PA 17522

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: July 8, 2003

                                            GOLDBECK McCAFFERTY & McKEEVER
                                            BY: Joseph A. Goldbeck, Jr., Esq.
                                            Attorney for Plaintiff

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The United States of America | 02 CV 4857 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kurtn L. Good | Notice of US Marshal Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kurtn L. Good

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
219 Duke Street Ephrata PA 17522

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please Post Handbill

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 215-627-1322 | DATE 4-28-03 |

# SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk | Date 4-29-03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service | Time am / pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) 48.96 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or 48.96 | Amount of Refund |

REMARKS:
— Lancaster County
136 miles r/t

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |