**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 Plaintiff<br><br>vs.<br><br>ROBIN L. GOOD<br><br>                 Defendant(s) | CIVIL ACTION NO. 02-CV-4857 |

**APPLICATION FOR DISTRIBUTION OF PROCEEDS**

      For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

                                            GOLDBECK MCCAFFERTY & MCKEEVER
                                            By: Michael T. McKeever, Esquire
                                            Pennsylvania Attorney I.D. No. 56129
                                            Suite 500 – The Bourse Building
                                            111 S. Independence Mall East
                                            Philadelphia, PA 19106
                                            215-627-1322

                                            s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff<br><br>vs.<br><br>ROBIN L. GOOD<br><br>            Defendant(s) | CIVIL NO. 02-CV-4857 |

**ORDER**

    **AND NOW**, this   day of 7, 2003, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 279 Duke Street Ephrata, PA 17522 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                                BY THE COURT:

                                                _____
                                                                                    J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff<br><br>vs.<br><br>ROBIN L. GOOD<br><br>      Defendant(s) | CIVIL NO. 02-CV-4857 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount of cash received ............................................................$40,600.00

 Amount bid by: ......................................................................$40,600.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

 Mileage and Tolls. ....................................................................$48.96

US ATTORNEY COSTS:

 Advertising Cost ....................................................................$2,311.46

TOTAL COSTS TO U.S. GOVERNMENT .................................$2,360.42

Proceeds of sale, less costs, to Farmer's Home Admin ..................$38,239.58

         GOLDBECK MCCAFFERTY & MCKEEVER
         By: Michael T. McKeever, Esquire
         Pennsylvania Attorney I.D. No. 56129
         Suite 500 – The Bourse Building
         111 S. Independence Mall East
         Philadelphia, PA 19106
         215-627-1322

         s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>   vs.<br><br>ROBIN L. GOOD<br><br>                    Defendant(s) | CIVIL NO. 02-CV-4857 |

**CERTIFICATE OF SERVICE**

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

    ROBIN L. GOOD
    141 Westglen Drive
    Fort Pierce, FL 34981

by mailing a true and correct copy thereof, postage prepaid, on this 7 day of October, 2003.

                GOLDBECK MCCAFFERTY & MCKEEVER
                By:  Michael T. McKeever, Esquire
                Pennsylvania Attorney I.D. No. 56129
                Suite 500 – The Bourse Building
                111 S. Independence Mall East
                Philadelphia, PA 19106
                215-627-1322

                s/ Michael T. McKeever