IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| ROBIN L. GOOD | : | NO. 02-4857 |

**O R D E R**

**AND NOW**, this 14th day of October, 2003, upon consideration of the Schedule of Distribution attached to this Order, as well as prior Orders of the Court granting Plaintiff's Motion for Default Judgment, providing for sale of the Property located at 279 Duke Street, Ephrata, PA 17522 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, it is hereby **ORDERED** that the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by the Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY  THE  COURT:

_____
ROBERT  F.  KELLY
SENIOR  JUDGE