# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | CIVIL NO. 02CV4857 |
| vs. | |
| ROBIN L. GOOD | |
| Defendant(s) | |

## ASSIGNMENT OF BID

THIS ASSIGNMENT is made this __16th__ day of __October__, 2003, by __David K. Rutt and W. Dale Railing__ (Assignor), to __Carroll E. Myers and Grace E. Myers__ (Assignee).

WHEREAS, Assignor was the successful bidder at the United States Marshal's of August 13, 2003 for the Property known as 279 Duke Street Ephrata, PA 17522.

WHEREAS, Assignor, as successful bidder, assigns to Assignee its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania and all of Assignor's interest in the Property; and Assignee accepts Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignor does hereby assign, transfer and convey to Assignee, without recourse, all of its right, title and interest as successful bidder at the Marshal's Sale of the Property.

BY: _[signatures]_
Name of successful bidder
David K. Rutt  /  W. Dale Railing

As to Assignor

Sworn to and subscribed before me

This _16th_ day of _October_, 2003

_[signature]_
Notary Public

```
NOTARIAL SEAL
WILLIAM B. STULL, NOTARY PUBLIC
MANHEIM TWP., COUNTY OF LANCASTER
MY COMMISSION EXPIRES NOVEMBER 18, 2003
```

I hereby accept this Assignment of Bid.

BY: _____ _____
Assignee(s)   Carroll E. Myers and Grace E. Myers
Address:         P.O. Box 334    Ephrata, pa   17522
Phone Number:    717
As to Assignee    C/O Abstract Associates of Lancaster, Inc.
                 1903 Lititz Pike Lancaster, Pa   17601

Sworn to and subscribed before me

this 16 day of October , 2003.

_____
Notary Public

```
NOTARIAL SEAL
WILLIAM B. STULL, NOTARY PUBLIC
MANHEIM TWP., COUNTY OF LANCASTER
MY COMMISSION EXPIRES NOVEMBER 18, 2003
```